# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-447-RJC-DCK

| | |
|---|---|
| JW DEMOLITION LLC, | ) |
|     Plaintiff, | ) |
| v. | ) **ORDER** |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY and AMERICAN AUTOMOBILE INSURANCE COMPANY, | ) |
|     Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* Of Nneka Egwuatu And Affidavit" (Document No. 12) filed by L. Andrew Watson and Marta P. Brown, concerning Nneka Egwuatu on August 7, 2017. Ms. Nneka Egwuatu seeks to appear as counsel *pro hac vice* for Defendant Endurance American Specialty Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* Of Nneka Egwuatu And Affidavit" (Document No. 12) is **GRANTED.** Ms. Nneka Egwuatu is hereby admitted *pro hac vice* to represent Defendant Endurance American Specialty Insurance Company.

**SO ORDERED**.

Signed: August 7, 2017

David C. Keesler
United States Magistrate Judge